**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ann Dormani<br>*on behalf of the Target Corporation 401(k) Plan, themselves and a class consisting of similarly situated participants of the Plan,*<br>Mitchell W. Knoll,<br>*on behalf of the Target Corporation 401(k) Plan, themselves and a class consisting of similarly situated participants of the Plan,*<br>David Rigol,<br>*on behalf of the Target Corporation 401(k) Plan, themselves and a class consisting of similarly situated participants of the Plan,*<br>Dorothea Simmons,<br>*on behalf of the Target Corporation 401(k) Plan, themselves and a class consisting of similarly situated participants of the Plan,*<br><br>          Plaintiff,<br><br>v.<br><br>Target Corporation,<br><br>          Defendant. | Case No. 17-cv-4049 (JNE/SER)<br><br><br><br><br><br><br><br>**REPORT AND RECOMMENDATION** |

---

The above-captioned case comes before the undersigned on Plaintiffs' Motion to Seal Complaint ("Motion") [Doc. No. 3]. This motion has been referred to the undersigned for a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(A), (B), and (C) and District of Minnesota Local Rule 72.1.  (Order of Reference Dated Sep. 26, 2017) [Doc. No. 22]. For the reasons stated below, the Court recommends that the Motion be denied as moot and the Complaint [Doc. No. 1] be unsealed.

On August 30, 2017 Plaintiffs filed a sealed Complaint and a Motion to Seal Complaint because the Complaint relied on information Defendants designated as confidential in a prior action. Defendants responded to the Motion on October 20, 2017, and expressed no objection to the Complaint being filed publically. (Defs.' Resp, to Pls' Mot. to Seal the Class Action Compl.) [Doc. No. 26]. Plaintiffs withdrew the Motion on October 26, 2017. (Letter to Mag. J. Dated Oct. 26, 2017) [Doc. No. 31]. Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Plaintiffs' Motion to Seal Complaint [Doc. No. 3] be **DENIED AS MOOT;** and

2. The Clerk's Office be directed to unseal the Complaint [Doc. No. 1].

Dated: October 30, 2017         s/ *Steven E. Rau*
                                Steven E. Rau
                                U.S. Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).