UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANN DORMANI, MITCHELL W. KNOLL, DAVID RIGOL, and DOROTHEA SIMMONS, on behalf of the Target Corporation 40l(k) Plan, themselves, and a class consisting of similarly situated participants of the Plan,<br><br>                                         Plaintiffs,<br>v.<br><br>TARGET CORPORATION, SCOTT KENNEDY, MICHAEL FIDDELKE, PLAN INVESTMENT COMMITTEE, JOHN MULLIGAN, COREY HAALAND, JODEE KOZLAK, BETH JACOB, JOHN DOE DEFENDANTS 1-10, and GREGG STEINHAFEL,<br>                                         Defendants. | Case No. 17-cv-04049-JNE-BRT |

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal with prejudice of the Class Action Complaint ("Complaint") in the above-described action.

The grounds for this motion are that the Complaint fails to plead plausible claims and fails to state a claim upon which relief may be granted.

This motion is based upon all of the files, records, and proceedings in this action, and upon Defendants' Memorandum In Support Of Their Motion To Dismiss and the Declaration of Wendy J. Wildung and its supporting exhibits submitted herewith.

US.115037493.01

Date:  November 13, 2017.   /s/  *Wendy J. Wildung*
Wendy J. Wildung (#117055)
Steven L. Severson (#152857)
Jeffrey P. Justman (#390413)
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7759
Email: Wendy.Wildung@FaegreBD.com
Email: Steven.Severson@FaegreBD.com
Email: Jeff.Justman@FaegreBD.com

*Attorneys for Defendants*