UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ann Dormani, Mitchell W. Knoll, David
Rigol, and Dorothea Simmons, on behalf
of the Target Corporation 40l(k) Plan,
themselves, and a class consisting of
similarly situated participants of the Plan,

                Plaintiffs,

v.

Target Corporation, Scott Kennedy,
Michael Fiddelke, Plan Investment
Committee, John Mulligan, Corey
Haaland, Jodee Kozlak, Beth Jacob, John
Doe Defendants 1-10, and Gregg
Steinhafel,

                Defendants.

Case No. 17-cv-4049 (JNE/SER)
ORDER

---

This matter is before the Court on a Report and Recommendation issued by the

Honorable Steven E. Rau, United States Magistrate Judge, on October 30, 2017. No objection to

the Report and Recommendation has been received. The Court has reviewed the record. Based

on that review, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1.      Plaintiffs' Motion to Seal Complaint [ECF No. 3] is DENIED AS MOOT.

2.      The Clerk's Office is directed to unseal the Complaint [ECF No. 1].

Dated: January 4, 2018

**s/ Joan N. Ericksen**
JOAN N. ERICKSEN
United States District Judge