# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Ann Dormani, Mitchell W. Knoll, David Rigol, Dorothea Simmons,<br><br>     Plaintiffs,<br><br>v.<br><br>Target Corporation, Scott Kennedy, Michael Fiddelke, Plan Investment Committee, John Mulligan, Corey Haaland, Jodee Kozlak, Beth Jacob, John Doe Defendants 1-10, Gregg Steinhafel,<br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 17-cv-04049 JNE/SER |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss [ECF No. 34] is GRANTED.

2. Plaintiffs' Complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

Date: 6/18/2018                                                                KATE M. FOGARTY, CLERK

                                                                                       s/M. Giorgini
                                                                            (By)  M. Giorgini, Deputy Clerk